The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN JOSE VEGA-FLORES,<br><br>　　　　　Defendant. | NO. CR20-036RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS |

THIS MATTER has come before the Court on Juan Jose Vega-Flores' unopposed motion requesting a modification of his Appearance Bond. Mr. Vega-Flores requests that the Court remove the location monitoring condition of his appearance bond. The Court has reviewed the motion and the record in this case and finds Mr. Vega-Flores' request reasonable and appropriate.

IT IS ORDERED that location monitoring is eliminated as a condition of Mr. Vega-Flores' Appearance Bond. Specifically, that the following language is deleted from the Appearance Bond, Dkt. 20:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

*ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS* – 1
*[US v. Vega-Flores, No. CR20-036RSL]*

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

All other conditions of Mr. Vega-Flores' Appearance Bond remain in effect. DONE this 28th day of August, 2020.

*signature*

Robert S. Lasnik
United States District Court Judge

Presented by:

*/s/ Cooper Offenbecher*
Cooper Offenbecher
Attorney for Defendant Juan Jose Vega-Flores

---

*ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND CONDITIONS – 2*
*[US v. Vega-Flores, No. CR20-036RSL]*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681