THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  UNITED STATES OF AMERICA,              )
                                          )   No. CR20-036 RSL
10              Plaintiff,                )
                                          )
11         v.                             )   ORDER GRANTING UNOPPOSED
                                          )   MOTION TO SCHEDULE GUILTY
12  JUAN JOSE VEGA-FLORES                  )   PLEA HEARING VIA
                                          )   VIDEOCONFERENCE
13              Defendant.                 )
                                          )
14  _____ )

15        THE COURT has considered the unopposed motion of the parties to proceed forward

16  with a guilty plea hearing via videoconference and finds that:

17        (a) Under General Order 04-20, felony pleas and sentencings may proceed by

18  video or telephone if "the district judge in a particular case finds for specific reasons that the

19  plea or sentencing in that case cannot be further delayed without serious harm to the interests

20  of justice." A plea hearing in this case cannot be delayed without serious harm to the interests

21  of justice; and

22        (b) Mr. Vega-Flores would like to take responsibility in this matter and resolve

23  it in a timely fashion; and

24        (c) Mr. Vega-Flores wishes to enter a plea as soon as possible in light of

25  anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive

26  backlogged court calendars following the COVID recovery process. Mr. Vega-Flores

ORDER GRANTING MOTION TO SCHEDULE
GUILTY PLEA HEARING   - 1
*USA v. Vega-Flores*, *CR20-036-RSL*

**Allen, Hansen, Maybrown
& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington  98101
(206) 447-9681

understands that the Court may not be as able to accommodate a timely resolution of his case

in the future as more cases are delayed; and

(d) a videoconference guilty plea hearing would avoid further delays in the ultimate

sentencing in this case, which would cause "serious harm to the interests of justice." See

General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing

via videoconference at the earliest practicable date.


DONE this __20th__ day of January, 2021.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE


Presented by:

*s/ Cooper Offenbecher*

ORDER GRANTING MOTION TO SCHEDULE
GUILTY PLEA HEARING   - 2
*USA v. Vega-Flores*, CR20-036-RSL

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington  98101
(206) 447-9681