|   |   |
|---|---|
|   | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR20-036-RSL |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| JUAN JOSE VEGA-FLORES, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

1. One Smith & Wesson M&P9 9mm Pistol, bearing serial number NBC1427, and any associated ammunition, that was seized from the Defendant Juan Jose Vega-Flores's residence on February 19, 2020.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the Plea Agreement that the Defendant entered on January 26, 2021, the Defendant agreed to forfeit the Subject Property pursuant to 21 U.S.C. § 853. Dkt. No. 65, ¶ 10;

Final Order of Forfeiture - 1
*United States v. Juan Jose Vega-Flores*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On June 21, 2021, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it.  Dkt. No. 86;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 93), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibit A); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this  15th  day of      July         , 2022.

*signature*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Juan Jose Vega-Flores*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Juan Jose Vega-Flores*, CR20-036-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970