Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR20-036 RSL |
| | ) | |
| v. | ) | ORDER RESETTING EVIDENTIARY |
| | ) | HEARING TO JULY 13, 2023 |
| JUAN JOSE VEGA-FLORES | ) | |
| Defendant. | ) | |

This Court has considered the Stipulated Motion to Reset Evidentiary Hearing on Supervised Release Violations to July 13. It is hereby ordered that the Evidentiary Hearing on Supervised Release Violations should be reset to July 13, 2023, at 9:00 a.m.

DONE this 12th day of July, 2023.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Cooper Offenbecher*
Cooper Offenbecher
Attorney for Defendant

ORDER RESETTING EVIDENTIARY
HEARING TO JULY 13, 2023 - 1
*USA v. Vega-Flores*, CR20-036-RSL

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681